UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-00270-1-F
No. 5:11-CV-00568-F

| | | |
|---|---|---|
| SANDY RAY YARBOROUGH, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

The order entered herein on May 8, 2012 [DE-48] is VACATED and WITHDRAWN as improvidently entered. It further is ORDERED that the Amended Judgment [DE-50] is STRICKEN, thus reinstating the former Judgment [DE-26] of May 13, 2008.

In light of the representations set forth in the Government's Motion for Reconsideration [DE-51], the court intends to review and reconsider its analysis of Yarborough's motion for relief [DE-36], and to enter a further order.

SO ORDERED.

This, the 1ˢᵗ day of May, 2012.

JAMES C. FOX
Senior United States District Judge